NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMMIL USA, LLC,**
*Plaintiff-Appellee,*

v.

**CISCO SYSTEMS, INC.,**
*Defendant-Appellant.*

---

2012-1042    •

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0341, Magistrate Judge Charles Everingham.

---

**ON MOTION**

---

**ORDER**

Cisco Systems, Inc. moves for extensions of time, until June 1, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**MAY 0 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  William F. Lee, Esq
     Richard A. Sayles, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 7 2012

JAN HORBALY
CLERK